UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 08-10337-RGS

UNITED STATES OF AMERICA

v.

BALDWIN IHENACHO

MEMORANDUM AND ORDER ON
DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY
AND THE GOVERNMENT'S MOTIONS TO RECONSIDER AND
TO STAY THE RELEASE OF DEFENDANT

September 20, 2011

STEARNS, D.J.

Given the sentencing exposure calculated by the Probation Officer, and given the parlous financial state of three of the four proposed surety pairs, the court finds that the better course is to await defendant Baldwin Ihenacho's sentencing (now two months hence), rather than grant a premature release, only to have to return Ihenacho to prison following sentencing, or run the risk of flight.

ORDER

For the foregoing reasons, the government's motion to continue the order of detention is <u>ALLOWED</u>, and Ihenacho's motion for release from custody is <u>DENIED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE